# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF WILLIAM MARTZ AND JANE MARTZ, as owners of a Nautique vessel, for Limitation of Liability ) ) ) ) ) ) | Civil Action No. 3:20-cv-00152-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the complaint is dismissed and injunction vacated.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: November 4, 2020

                                                             **Brian D. Karth**
                                                              Brian D. Karth
                                                              Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*