# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

In the Matter of the COMPLAINT of William and Jane Martz, as owners of the Nautique, for Limitation of Liability.

Case No. 3:20-cv-00152-SLG

## ORDER RE MOTION TO STAY SUBPOENAS

Before the Court at Docket 90 is the Alaska Department of Public Safety's (DPS) *Motion to Stay Subpoenas*. Mr. Horazdovsky filed a response in support of the motion at Docket 94 and William and Jane Martz filed a response in opposition to the motion at Docket 101.

The State seeks to stay the depositions of six law enforcement officers until after the criminal trial of Reagan Martz is concluded.[1] The State's motion is denied, as it has not demonstrated it would be substantially prejudiced and deprived of a fair trial in the state criminal case if the proposed depositions of the law enforcement officers take place at this time. *Keating v. Off. of Thrift Supervision*, 45 F.3d 322, 324 (9th Cir. 1995).

DATED this 21st day of February, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] A search on Courtview indicates that the criminal trial has been continued once again; it is now set for late April 2023.